# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Edward L. Heiland  
       Linda Louise Heiland fka Linda Louise Cosgrove

BK NO. 19-05228 HWV

Chapter 7

            Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CSMC 2017-RPL2 Trust and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ James C. Warmbrodt, Esquire**  
                                    James C. Warmbrodt, Esquire  
                                    KML Law Group, P.C.  
                                    BNY Mellon Independence Center  
                                    701 Market Street, Suite 5000  
                                    Philadelphia, PA 19106  
                                    215-627-1322