United States Bankruptcy Court
Middle District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-05228-HWV
Edward L. Heiland　　　　　　　　　　　　　　　　　　　Chapter 7
Linda Louise Heiland
　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　User: AutoDocke　　　Page 1 of 1　　　Date Rcvd: Mar 31, 2020
　　　　　　　　　　　　　Form ID: pdf010　　　Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
```
db/jdb         +Edward L. Heiland,    Linda Louise Heiland,    965 Bremer Rd,    Dover, PA 17315-1835
5279717        +Bureau of Account Managment,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
5279718        +Capital 1 Bank,    C/O LAW OFFICES OF HAYT HAYT AND LA,    123 S BROAD ST SUITE 1660,
                 Philadelphia, PA 19109-1003
5279722        +Manchester Ambulance Club,    10 Devco Dr.,    Manchester, PA 17345-1356
5279728         UPMC Health Plan,    PO Box 371842,    Pittsburgh, PA 15250-7842
5279729         WellSpan,    P.O Box 15150,    York, PA 17405-7150
5279730        +Yk Cr Bureau,    33 S Duke St,    York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: cbp@onemainfinancial.com Mar 31 2020 19:14:23     OneMain,    ONEMAIN,
                 P.O. BOX 3251,    Evansvile, IN 47731-3251
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2020 19:13:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5279719        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 31 2020 19:13:29     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5279720        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 31 2020 19:03:05
                 Comenity Bank/Gander Mountain,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
5279721        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 31 2020 19:03:05     Comenitycapital/bjsclb,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
5279723        +E-mail/Text: Bankruptcies@nragroup.com Mar 31 2020 19:03:18     National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5279725        +E-mail/PDF: cbp@onemainfinancial.com Mar 31 2020 19:13:29     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
5279726         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2020 19:13:55
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
5280278        +E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2020 19:13:55     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5279724         One Main Financial
5279727         Select Portfolio Servicing
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    CSMC 2017-RPL2 Trust bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    stevecarr8@comcast.net,    pa31@ecfcbis.com
              Tony Santo Sangiamo    on behalf of Debtor 2 Linda Louise  Heiland tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              Tony Santo Sangiamo    on behalf of Debtor 1 Edward L. Heiland tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Edward L. Heiland and : Case No. **19-bk-05228-HWV**
      Linda Louise Heiland, :
            Debtors : Chapter 7

## ORDER OF COURT

And now, upon consideration of Debtors' Motion to Set Aside and Reissue Discharge, and this Court's Order entered March 9, 2020 delaying discharge until 5/8/2020, it is by the United States Bankruptcy Court for the Middle District of Pennsylvania, hereby:

ORDERED that the Discharge of Debtors entered on March 20, 2020 is hereby VACATED by this Order; and it is further

ORDERED that this Court's Order of March 9, 2020 is hereby modified to allow a Discharge to be reissued following the entry of this order at the request of the Debtor.

Dated: March 31, 2020      By the Court,

                                         _Henry W. Van Eck_
                                      Henry W. Van Eck, Chief Bankruptcy Judge (LS)