In re:  Case No. 19-05228-HWV
Edward L. Heiland  Chapter 7
Linda Louise Heiland
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: May 14, 2020
                  Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.
db/jdb     +Edward L. Heiland,    Linda Louise Heiland,    965 Bremer Rd,    Dover, PA 17315-1835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
         James   Warmbrodt    on behalf of Creditor    CSMC 2017-RPL2 Trust bkgroup@kmllawgroup.com
         James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2019-SJ3, U.S. Bank National Association, as Indenture Trustee bkgroup@kmllawgroup.com
         Steven M. Carr (Trustee)    stevecarr8@comcast.net, pa31@ecfcbis.com
         Tony Santo Sangiamo    on behalf of Debtor 2 Linda Louise   Heiland tsanlaw@gmail.com, kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
         Tony Santo Sangiamo    on behalf of Debtor 1 Edward L. Heiland tsanlaw@gmail.com, kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                   TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward L. Heiland,<br>**Debtor 1**<br><br>Linda Louise Heiland,<br>fka Linda Louise Cosgrove,<br>**Debtor 2** | Chapter 7<br><br>Case No. 1:19−bk−05228−HWV |

Social Security No.:
          xxx−xx−0185         xxx−xx−3724

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

                    **Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 14, 2020

By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)